# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS FORM

CASE NAME:           SHIRITA NICOLE JEFFRIES

CASE NUMBER:         04-80783-REB

BANKRUPTCY JUDGE:    ROBERT E. BRIZENDINE

CASE CHAPTER:        13

**NEW ADDRESS:**         **SHIRITA NICOLE JEFFRIES**
**102 OXFORD COURT**
**OXFORD, GA 30054**

I certify that I have this date served the following in the foregoing matter with a copy of this Debtor's Change of Address Form by hand depositing in the United States Mail a true copy of same in a properly addressed envelope with adequate postage affixed thereto.

                            SHIRITA NICOLE JEFFRIES
                            102 OXFORD COURT
                            OXFORD, GA 30054

        Old Address:   SHIRITA NICOLE JEFFRIES
                            1175 CECELIA STREET
                            COVINGTON, GA 30014

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

                            Dated: ___01/20/2010_____


                            _____/s_____
                            Richard Thomson
                            GA Bar No. 710264


CLARK && WASHINGTON, P.C.
3300 Northeast Expressway  Building 3
Atlanta, GA  30341
(404) 522-2222

sawad
Jan-10